NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3127

KELLY S. JENNINGS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board
in CB7521070026-T-1.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Kelly S. Jennings moves for a "temporary injunction and corrective action." The Social Security Administration opposes. The court treats Jennings' additional motion received on August 12, 2009 as a reply. The Social Security Administration moves for an extension of time, until September 30, 2009, to file its brief.

The court notes that this petition for review does not involve the issues presented by Jenning's motion.

Accordingly,

IT IS ORDERED THAT:

(1)    Jenning's motion is denied.

(2)    The motion for an extension is granted.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK

cc:    Kelly S. Jennings
        Austin M. Fulk, Esq.

s8

2009-3127